# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LEDESMA, an individual, RUTH LEDESMA, an individual, RUTH FLORES, an individual,<br><br>                               Plaintiffs,<br>  vs.<br><br>FCM CORPORATION, WILMINGTON FINANCE, WILSHIRE CREDIT CORP. T.D. SERVICE COMPANY,<br><br>                               Defendants. | CASE NO. 09 CV 1837 JM (AJB)<br><br>**ORDER REGARDING PRO HAC VICE APPLICATION**<br><br>Doc. No. 21 |

    Pending before the court is Defendant Wilmingtion Finance, Inc,'s ex parte motion in support of Joy Harmon Sterling's pro hac vice application. (Doc. No. 21). Finding good cause, the court hereby GRANTS the motion, provided that Defendant files a pro hac vice application, along with the admission fee, in accordance with Civil Local Rule 83.3(c)(5).

**IT IS SO ORDERED.**

DATED: January 7, 2010

                                                                  Hon. Jeffrey T. Miller<br>                                                                  United States District Judge